UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-80047-DMM

JULISSA MALDONADO,

    Plaintiff,

v.

ER SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE comes before the Court upon Plaintiff's Notice of Settlement (DE 25) filed by the parties on June 19, 2012. The Court commends the parties for their amicable resolution of this matter, but notes that final dismissal documents have not been filed yet and until they are received, all previously established time-schedules remain in full force and effect. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties shall file appropriate dismissal papers with the Court on or before **Friday August 17, 2012.**

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida this ___7___ day of August, 2012.

                                DONALD M. MIDDLEBROOKS
                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record