UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80047-CIV-MIDDLEBROOKS/BRANNON

JULISSA MALDONADO,
    Plaintiffs,

v.

ER SOLUTIONS, INC.,
    Defendant.
_____/



## ORDER ACCEPTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE(DE 27)

THIS CAUSE is before the Court upon the Parties' Joint Stipulation for Voluntary Dismissal With Prejudice (DE 27) ("Notice"), filed August 17, 2012. I have reviewed the Notice and am otherwise fully advised in the premises. The Parties filed this Notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure before Defendant served an Answer or filed a Motion for Summary Judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties Joint Stipulation for Voluntary Dismissal With Prejudice (DE 27) is **ACCEPTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**;

2. Each Party shall bear her or its own attorneys fees and costs; and

3. The **Clerk of the Court** shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __24__ day of August, 2012.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record